### JAMES BAKER *v.* JAMES INTOSH.

**Replevin—Value of Property—Forceable Taking.**
Where plaintiff's property was taken from him by force, the jury had the right to find more than its actual value.

APPEAL FROM CLAY CIRCUIT COURT.

February 14, 1873.

OPINION BY JUDGE LINDSAY:

The verdict in this case is not palpably against the weight of the evidence and there is no error of law complained of. If the jury believed that appellee's horse was taken from him by force they had a right to find more than its actual value, and that discretion they did not abuse.

Judgment *affirmed*.

*Rodman, for appellant.*

*James, for appellee.*